# Michael Faillace & Associates

Employment and Litigation Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2025

60 E 42nd Street, Suite 4510
New York, New York 10165

May 8, 2025

**VIA ECF**
Hon. Judge Steward D. Aaron
United States Magistrate Judge
US District Court – SDNY
500 Pearl Street
New York, NY 10007-1312

Application GRANTED. In light of the settlement reached by the parties, the settlement conference scheduled for May 12, 2025 is adjourned *sine die*. SO ORDERED.
Dated: May 8, 2025

Re:  Rodriguez et al v. Produce Experience Inc. et al
     Docket No.: 25-cv-01363-JMF

Your Honor:

     Our office represents Plaintiffs in the above-referenced matter.  We write to request that the settlement conference scheduled for Monday, May 12, 2025 be adjourned sine die.  This is the first request of its kind and submitted with the consent of Defendants.

     The parties have reached an agreement in principle.  The parties appreciate the Court's assistance in reaching a resolution; however, the parties will no longer need a settlement conference.  As such, the parties respectfully request the settlement conference be adjourned sine die.

Respectfully Submitted,

/s/ *Jesse Barton*
Jesse Barton