UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
        :
MARIELA RODRIGUEZ, et al.,         :
        :
        Plaintiffs,         :
        :      25-CV-1363 (JMF)
   -v-        :
        :      ORDER
PRODUCE EXPERIENCE, INC., et al.,         :
        :
        Defendants.         :
        :
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's May 30, 2025 Order, ECF No. 39, the parties were required to file settlement papers with the Court by June 21, 2025. To date, the parties have not so filed. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 27, 2025**.

   SO ORDERED.

Dated: June 24, 2025
      New York, New York

                                              JESSE M. FURMAN
                                            United States District Judge