UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| MARIELA RODRIGUEZ, JESUS ROBERTO RAMIREZ SOTO, and LILIANA LIMON MUNOZ, *individually and on behalf of others similarly situated,*<br><br>                  *Plaintiffs*,<br><br>    -against-<br><br>PRODUCE EXPERIENCE INC. (D/B/A PRODUCE EXPERIENCE), US FRESH CORP. (D/B/A US FRESH), GONZALO JARAMILLO, DAVID JARAMILLO, JUANITA BERMUDEZ, and JORGE CUBERO,<br><br>                  *Defendants*, | Civil Action No. **25-CV-1363-JMF**<br><br>[~~Proposed Form Of~~]<br>**JUDGMENT** |

-----------------------------------------------------------------X

### JUDGMENT

    On June 24, 2025, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    That the Plaintiffs, MARIELA RODRIGUEZ, JESUS ROBERTO RAMIREZ SOTO, and LILIANA LIMON MUNOZ, have judgment against PRODUCE EXPERIENCE INC. (D/B/A PRODUCE EXPERIENCE), DAVID JARAMILLO, and JUANITA BERMUDEZ, jointly and severally, in the amount of Forty-Seven Thousand Seven Hundred Thirty-Seven Dollars and Ten Cents ($47,737.10), which is inclusive of attorneys' fees and costs.

All conferences are canceled. All motions are moot. The Clerk of Court is directed to close the case.

Dated: June 25, 2025
      New York, New York

SO ORDERED.



_____
The Honorable Jesse M. Furman
UNITED STATES DISTRICT JUDGE